UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re: SMITH, REED GARRETT  § Case No. 07-00915
SMITH, KELLY MAE  §
§
Debtors ABSALOM, KELLY MAE  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Richard E. Crawforth, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

*The Final Report shows receipts of*  $   40,642.95

*and approved disbursements of*  $    1,192.30

*leaving a balance of*  $   39,450.65

Claims of secured creditors will be paid as follows:

*Claimant*  *Proposed Payment*
N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Richard E. Crawforth | $   4,814.14 | $   159.02 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| Other | FRED AND LINDA SCHUERMAN | $ | $ 13,670.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor | | $ | $ |
| Attorney for | | $ | $ |
| Accountant for | | $ | $ |
| Appraiser for | | $ | $ |
| Other | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,520.79 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5 | IDAHO DEPT OF LABOR | $ 397.53 | $ 397.53 |
| 7P-2 | INTERNAL REVENUE SERVICE | $ 7,123.26 | $ 7,123.26 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 106,359.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2U | FRED AND LINDA SCHUERMAN | $ 30,538.53 | $ 3,814.39 |
| 3 | WELLS FARGO BANK, N.A. | $ 15,290.16 | $ 1,909.80 |
| 4 | MONEY MAILER | $ 1,180.00 | $ 147.39 |
| 7U-2 | INTERNAL REVENUE SERVICE | $ 3,091.02 | $ 386.08 |

**UST Form 101-7-NFR (4/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 8 | METRO COURIERS | $ 864.00 | $ 107.92 |
| 9 | FIA CARD SVCS. NA | $ 55,395.79 | $ 6,919.15 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 10 | DAWN FOODS | $ 5,170.33 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Case 07-00915-TLM    Doc 57    Filed 06/15/09    Entered 06/15/09 17:36:38    Desc Main
Document      Page 3 of 4

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

US Bankruptcy Court
550 W. Fort Street
Suite 400
Boise, ID  83724

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  06/15/2009           By:  /s/Richard E. Crawforth
                                                  Trustee

Richard E. Crawforth
410 So. Orchard St., Ste 172
Boise, ID  83705

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**