# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: SMITH, REED GARRETT | § | Case No. 07-00915-TLM |
| SMITH, KELLY MAE | § | |
| | § | |
| Debtor(s) ABSALOM, KELLY MAE | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard E. Crawforth, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $451,831.14 | Assets Exempt: $128,031.14 |
| Total Distribution to Claimants: $21,596.75 | Claims Discharged Without Payment: $247,662.22 |
| Total Expenses of Administration: $19,048.59 | |

3) Total gross receipts of $ 40,645.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $40,645.34 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $323,770.86 | $858.20 | $787.30 | $787.30 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 19,048.59 | 19,048.59 | 19,048.59 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,000.00 | 7,520.79 | 7,520.79 | 7,520.79 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 446,386.76 | 111,529.83 | 111,529.83 | 13,288.66 |
| **TOTAL DISBURSEMENTS** | $771,157.62 | $138,957.41 | $138,886.51 | $40,645.34 |

4) This case was originally filed under Chapter 7 on June 07, 2007.
. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/20/2010          By: /s/Richard E. Crawforth
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| CASH ON HAND | 1129-000 | 275.00 |
| WELLS FARGO BANK - CHECKING | 1129-000 | 12.50 |
| WELLS FARGO BANK - SAVINGS | 1129-000 | 12.50 |
| BELLA STREET LLC, DBA: STONE MILL BREAD CO. | 1229-000 | 34,500.00 |
| 2000 FORD ECONOLINE VAN | 1229-000 | 4,500.00 |
| 2007 TAX REFUNDS | 1224-000 | 1,170.46 |
| Interest Income | 1270-000 | 174.88 |
| **TOTAL GROSS RECEIPTS** | | **$40,645.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ADA COUNTY TREASURER | 4210-000 | N/A | 858.20 | 787.30 | 787.30 |
| Wells Fargo Home Mortgage | 4110-000 | 219,000.00 | N/A | N/A | 0.00 |
| Chase Home Mortgage | 4110-000 | 99,770.86 | N/A | N/A | 0.00 |
| USAA Federal Savings Bank | 4110-000 | 5,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$323,770.86** | **$858.20** | **$787.30** | **$787.30** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard E. Crawforth | 2100-000 | N/A | 4,814.14 | 4,814.14 | 4,814.14 |
| Richard E. Crawforth | 2200-000 | N/A | 159.02 | 159.02 | 159.02 |
| SIMMONS & CLUBB | 3410-000 | N/A | 405.00 | 405.00 | 405.00 |
| FRED AND LINDA SCHUERMAN | 2410-000 | N/A | 13,670.43 | 13,670.43 | 13,670.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 19,048.59 | 19,048.59 | 19,048.59 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IDAHO DEPT OF LABOR | 5800-000 | 1,000.00 | 397.53 | 397.53 | 397.53 |
| IDAHO STATE TAX COMMISSION | 5800-000 | unknown | N/A | N/A | 0.00 |
| INTERNAL REVENUE SERVICE | 5800-000 | unknown | 7,123.26 | 7,123.26 | 7,123.26 |
| TOTAL PRIORITY UNSECURED CLAIMS | | 1,000.00 | 7,520.79 | 7,520.79 | 7,520.79 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRED AND LINDA SCHUERMAN | 7100-000 | 219,000.00 | 30,538.53 | 30,538.53 | 3,815.51 |
| WELLS FARGO BANK, N.A. | 7100-000 | 15,506.70 | 15,290.16 | 15,290.16 | 1,910.37 |
| MONEY MAILER | 7100-000 | 580.00 | 1,180.00 | 1,180.00 | 147.43 |
| U.S. BANKRUPTCY COURT - MONEY MAILER | 7100-001 | N/A | N/A | N/A | 0.04 |
| IDAHO STATE TAX COMMISSION | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 7100-000 | N/A | 3,091.02 | 3,091.02 | 386.20 |
| U.S. BANKRUPTCY COURT - INTERNAL REVENUE SERVICE | 7100-001 | N/A | N/A | N/A | 0.12 |
| METRO COURIERS | 7100-000 | 150.00 | 864.00 | 864.00 | 107.95 |
| FIA CARD SVCS. NA | 7100-000 | 56,229.01 | 55,395.79 | 55,395.79 | 6,921.20 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| DAWN FOODS | 7200-000 | 5,500.00 | 5,170.33 | 5,170.33 | 0.00 |
| Pacific Backflow | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Hartford Insurance Co. | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| Mr. and Mrs. Edward and Cindy Atwill | 7100-000 | 30,625.20 | N/A | N/A | 0.00 |
| Express Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Graham Medical Clinic C/O National Recovery Agency | 7100-000 | 74.00 | N/A | N/A | 0.00 |
| Go-Fer It Express | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| Hobart | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| State Insurance Fund | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| R.L. Schrieber | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Wells Fargo Businessline Payment Remittance Center | 7100-000 | 24,000.00 | N/A | N/A | 0.00 |
| Western Community Insurance Company | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| Wells Fargo Bank, N.A. | 7100-000 | 49,301.63 | N/A | N/A | 0.00 |
| USAA Credit Card Services | 7100-000 | 13,246.18 | N/A | N/A | 0.00 |
| Vault Inc. | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| Custom Care | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| Sysco Foods | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| Reisinger Apiaries | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| Boise Metro Chamber Of Commerce | 7100-000 | 475.00 | N/A | N/A | 0.00 |
| Citi Cards | 7100-000 | 12,310.09 | N/A | N/A | 0.00 |
| Action Quality Printers | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| Cintas Corp. | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| Capital One F.S.B. | 7100-000 | 972.87 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 5,836.08 | N/A | N/A | 0.00 |
| Buzz | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| Boise Appliance & Refrigeration | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Boise Weekly | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| AES/AES-National Loan | 7100-000 | 7,700.00 | N/A | N/A | 0.00 |
| B&B Electric | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 446,386.76 | 111,529.83 | 111,529.83 | 13,288.66 |

**UST Form 101-7-TDR (9/1/2009)**

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-00915-TLM  
**Case Name:** SMITH, REED GARRETT  
              SMITH, KELLY MAE  
**Period Ending:** 07/20/10

**Trustee:** (320060) Richard E. Crawforth  
**Filed (f) or Converted (c):** 06/07/07 (f)  
**§341(a) Meeting Date:** 07/12/07  
**Claims Bar Date:** 01/27/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | CASH ON HAND<br>  ORIGINALLY SCHEDULED AS $800.00 AND EXEMPTED FOR $800; AMENDED SCHEDULES INDICATE $1100.00 AND $0 EXEMPTION<br>03/03/09: AMENDED SCH C SHOWS EXEMPTION AT $825. | 1,100.00 | 275.00 | | 275.00 | FA |
| 2 | WELLS FARGO BANK - CHECKING<br>  03/03/09: AMENDED SCH C FOR EXEMPTION | 50.00 | 12.50 | | 12.50 | FA |
| 3 | WELLS FARGO BANK - SAVINGS<br>  03/03/09: AMENDED SCH C FOR EXEMPTION | 50.00 | 12.50 | | 12.50 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 9,410.00 | 0.00 | DA | 0.00 | FA |
| 5 | BOOKS AND ART OBJECTS | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | JEWELRY<br>  03/03/09: AMENDED SCH C FOR EXEMPTION | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | HOBBY AND SPORTS EQUIPMENT - 4 BICYCLES | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | HOBBY AND SPORTS EQUIPMENT - CAMERA | 300.00 | 0.00 | DA | 0.00 | FA |
| 9 | HOBBY AND SPORTS EQUIPMENT - FISHING EQUIPMENT<br>  VERY LIMITED VALUE, NOT WORTH HAULING TO AUCTION. | 250.00 | 250.00 | DA | 0.00 | FA |
| 10 | HOBBY AND SPORTS EQUIPMENT - 2 GUITARS | 800.00 | 250.00 | DA | 0.00 | FA |
| 11 | HOBBY AND SPORTS EQUIPMENT- 5 LAWNCHAIRS | 50.00 | 50.00 | DA | 0.00 | FA |
| 12 | HOBBY AND SPORTS EQUIPMENT - PICNIC TABLE | 50.00 | 50.00 | DA | 0.00 | FA |
| 13 | HOBBY AND SPORTS EQUIPMENT - SKIIS & ACCESSORIES | 200.00 | 200.00 | DA | 0.00 | FA |
| 14 | HOBBY AND SPORTS EQUIPMENT - SLEEPING BAGS | 150.00 | 150.00 | DA | 0.00 | FA |
| 15 | PENSION PLANS AND PROFIT SHARING - EDWARD JONES | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | PENSION PLANS AND PROFIT SHARING - EDWARD JONES | 4,800.00 | 0.00 | DA | 0.00 | FA |

Printed: 07/20/2010 01:55 PM    V.12.06

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-00915-TLM  
**Case Name:** SMITH, REED GARRETT  
SMITH, KELLY MAE  
**Period Ending:** 07/20/10

**Trustee:**  (320060)  Richard E. Crawforth  
**Filed (f) or Converted (c):** 06/07/07 (f)  
**§341(a) Meeting Date:** 07/12/07  
**Claims Bar Date:** 01/27/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | PENSION PLANS AND PROFIT SHARING - PERSI | 421.14 | 0.00 | DA | 0.00 | FA |
| 18 | BELLA STREET LLC, DBA: STONE MILL BREAD CO. (u) | 0.00 | 0.00 | | 34,500.00 | FA |
| 19 | 1972 VOLKSWAGEN BUS | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 20 | 1996 TOYOTA LAND CRUISER | 5,800.00 | 250.00 | DA | 0.00 | FA |
| 21 | 2000 FORD ECONOLINE VAN (u)<br>    THIS WAS TRUCK USED IN BUSINESS, BELLA STREET LLC | 4,500.00 | 4,500.00 | | 4,500.00 | FA |
| 22 | ANIMALS: DOG | 0.00 | 0.00 | DA | 0.00 | FA |
| 23 | RESIDENCE @ 1621 N 23RD, BOISE, ID | 420,000.00 | 1,229.14 | DA | 0.00 | FA |
| 24 | 2007 TAX REFUNDS (u)<br>   NO EIC; PRO RATA $6110.19; LESS NON EXEMPT ASSETS $2150.00; NET TO DEBTORS $3960.19 | 10,774.00 | 10,774.00 | | 1,170.46 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 174.88 | FA |
| 25 | Assets   Totals (Excluding unknown values) | $468,305.14 | $18,003.14 | | $40,645.34 | $0.00 |

**Major Activities Affecting Case Closing:**

06/09/10: TURNED OVER UNCLAIMED FUNDS TO COURT; TDR TO FOLLOW  
04/14/10: STATUS REPORT SUBMITTED TO COURT  
03/09/10: DISCOVERED AN ERROR IN ORIGINAL DISTRIBUTION CHECK PROCESSING WHICH LEFT AN UNDISBURSED BALANCE OF $3.93.  TRUSTEE HAS DISBURSED THESE REMAINING FUNDS AND WILL PREPARE TDR UPON RECEIPT OF FINAL BANK STATEMENT  
07/14/09: DISTRIBUTION CHECKS PROCESSED; PENDING FINAL BANK STATEMENT; TDR TO FOLLOW  
07/07/09: PROPOSED DISTRIBUTION ORDER SUBMITTED TO COURT  
06/15/09: TFR FILED WITH COURT; PENDING DISTRIBUTION ORDER - DUE 07/07/09  
05/26/09: TFR TO UST FOR REVIEW; PENDING PERMISSION TO FILE WITH COURT  
02/23/09: CREDITOR SCHEURMAN HAS FILED A MOTION FOR APPROVAL OF ADMIN CLAIM; HEARING SET FOR 3/30/09  
01/30/09: QUARTERLY REPORT SUBMITTED TO UST.  
QUARTER ENDING DATE: 12/31/08

12/31/08: DEBTOR HAS OBTAINED NEW COUNSEL; TRUSTEE IS WORKING WITH CURRENT COUNSEL TO COLLECT BALANCE OF 2007 TAX REFUNDS; RETURNS WERE JUST FILED BY DEBTORS.  
10/31/08: ANNUAL REPORT DUE TO US TRUSTEE  
09/30/08: TRUSTEE CONTINUES TO WORK WITH DEBTORS (WHO ARE NOW SEPARATED) TO COLLECT REMAINING ASSETS.  ANTICIPATES

Printed: 07/20/2010 01:55 PM    V.12.06

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-00915-TLM  
**Case Name:** SMITH, REED GARRETT  
                SMITH, KELLY MAE  
**Period Ending:** 07/20/10

**Trustee:** (320060)  Richard E. Crawforth  
**Filed (f) or Converted (c):** 06/07/07 (f)  
**§341(a) Meeting Date:** 07/12/07  
**Claims Bar Date:** 01/27/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

PREPARATION OF TFR NO LATER THAN 12/31/08

03/10/08: RECEIVED ORDER TO COMPENSATE ACCOUNTANT - CLUBB

03/06/08: SUBMITTED PROPOSED ORDER TO COMPENSATE ACCOUNTANT - CLUBB

02/13/08: SUBMITTED APP TO COMPENSATION R CLUBB; PENDING ORDER DUE 3/5/08

12/27/07: RECEIVED ORDER TO EMPLOY ACCOUNTANT

12/19/07: ORDER TO EMPLOY ACCOUNTANT SUBMITTED TO COURT PER INSTRUCTIONS FROM CASE ADMINISTRATOR.  CANDICE WILL HOLD ORDER UNTIL 12/21/07 THEN SUBMIT TO JUDGE

12/06/07: SUBMITTED APP TO EMPLOY ACCOUNTANT; PENDING ORDER DUE 12/21/07

10/31/07: ANNUAL REPORT DUE TO US TRUSTEE

10/29/07: ASSET NOTICE FILED; PENDING CLAIMS BAR DATE 01-27-08

09/30/07: TRUSTEE HAS SOLD ASSETS OF STONE MILL BREAD CO TO WHOLE GRAINS OF ID; CONTINUES TO RESEARCH ADDITIONAL ASSETS

08/16/07: ORDER TO AMEND SCHEDULES ENTERED BY COURT

08/15/07: SUBMITTED ORDER TO AMEND SCHEDULES TO COURT; COMPEL TO AMEND SCH B TO INCLUDE VAN AND OTHER ASSETS OF STONE MILL BREAD CO.

08/14/07: NOTICE OF SALE - ASSETS OF STONE MILL BREAD CO.  OBJECTIONS DUE BY 9/4/07

07/27/07: FILED MOTION TO REJECT LEASE

MULTIPLE ASSETS; BUSINESS & PERSONAL

**Initial Projected Date Of Final Report (TFR):**  August 15, 2008       **Current Projected Date Of Final Report (TFR):**  June 15, 2009  (Actual)

Printed: 07/20/2010 01:55 PM    V.12.06

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-00915-TLM | | Trustee: | Richard E. Crawforth (320060) |
|---|---|---|---|---|
| Case Name: | SMITH, REED GARRETT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SMITH, KELLY MAE | | Account: | ***-*****85-65 - Money Market Account |
| Taxpayer ID #: | **-***4836 | | Blanket Bond: | $67,349,494.00  (per case limit) |
| Period Ending: | 07/20/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/15/07 | | WHOLE GRAINS LLC | PURCHASE OF ASSETS OF STONE MILL BREAD CO. | | 39,000.00 | | 39,000.00 |
| | {21} | | SALE OF BUSINESS VEHICLE    4,500.00 | 1229-000 | | | 39,000.00 |
| | {18} | | SALE OF BUSINESS ASSETS    34,500.00 | 1229-000 | | | 39,000.00 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.41 | | 39,010.41 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.44 | | 39,029.85 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.92 | | 39,052.77 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 20.31 | | 39,073.08 |
| 12/07/07 | | To Account #********8566 | TRANSFER FUNDS FROM MONEY MARKET TO CHECKING | 9999-000 | | 787.30 | 38,285.78 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 19.61 | | 38,305.39 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 17.51 | | 38,322.90 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 7.86 | | 38,330.76 |
| 03/10/08 | | To Account #********8566 | TRANSFER FUNDS FROM MONEY MARKET TO CHECKING | 9999-000 | | 405.00 | 37,925.76 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 7.07 | | 37,932.83 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.29 | | 37,938.12 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.74 | | 37,942.86 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.82 | | 37,947.68 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.82 | | 37,952.50 |
| 08/19/08 | {24} | REED SMITH | 2007 STATE TAX REFUND | 1224-000 | 1,170.46 | | 39,122.96 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.55 | | 39,127.51 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.13 | | 39,132.64 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 4.26 | | 39,136.90 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 3.07 | | 39,139.97 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.77 | | 39,142.74 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.59 | | 39,144.33 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.49 | | 39,145.82 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.70 | | 39,147.52 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.59 | | 39,149.11 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.54 | | 39,150.65 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.70 | | 39,152.35 |
| 07/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.69 | | 39,153.04 |
| 07/14/09 | | To Account #********8566 | TRANSFER FUNDS FROM MMA TO DDA TO CLOSE ESTATE | 9999-000 | | 39,153.04 | 0.00 |

Subtotals :    $40,345.34    $40,345.34

{} Asset reference(s)

Printed: 07/20/2010 01:55 PM    V.12.06

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-00915-TLM | | Trustee: | Richard E. Crawforth (320060) |
| --- | --- | --- | --- | --- |
| Case Name: | SMITH, REED GARRETT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SMITH, KELLY MAE | | Account: | ***-*****85-65 - Money Market Account |
| Taxpayer ID #: | **-***4836 | | Blanket Bond: | $67,349,494.00   (per case limit) |
| Period Ending: | 07/20/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 40,345.34 | 40,345.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 40,345.34 | |
| | | | **Subtotal** | | 40,345.34 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$40,345.34** | **$0.00** | |

{} Asset reference(s)     Printed: 07/20/2010 01:55 PM     V.12.06

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 07-00915-TLM | **Trustee:** | Richard E. Crawforth (320060) |
|---|---|---|---|
| **Case Name:** | SMITH, REED GARRETT | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | SMITH, KELLY MAE | **Account:** | ***-*****85-66 - Checking Account |
| **Taxpayer ID #:** | **-***4836 | **Blanket Bond:** | $67,349,494.00  (per case limit) |
| **Period Ending:** | 07/20/10 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/07/07 | | From Account #********8565 | TRANSFER FUNDS FROM MONEY MARKET TO CHECKING | 9999-000 | 787.30 | | 787.30 |
| 12/07/07 | 101 | ADA COUNTY TREASURER | PERSONAL PROPERTY TAXES - BUSINESS EQUIPMENT (STONE MILL BREAD CO.) | 4210-000 | | 787.30 | 0.00 |
| 03/10/08 | | From Account #********8565 | TRANSFER FUNDS FROM MONEY MARKET TO CHECKING | 9999-000 | 405.00 | | 405.00 |
| 03/10/08 | 102 | SIMMONS & CLUBB | TRUSTEE ACCOUNTANT FEES | 3410-000 | | 405.00 | 0.00 |
| 04/03/09 | | REED G. SMITH | NON EXEMPT CASH ON HAND AND BANK ACCOUNTS | | 300.00 | | 300.00 |
| | {1} | | 275.00 | 1129-000 | | | 300.00 |
| | {2} | | 12.50 | 1129-000 | | | 300.00 |
| | {3} | | 12.50 | 1129-000 | | | 300.00 |
| 07/14/09 | | From Account #********8565 | TRANSFER FUNDS FROM MMA TO DDA TO CLOSE ESTATE | 9999-000 | 39,153.04 | | 39,453.04 |
| 07/14/09 | 103 | Richard E. Crawforth | Dividend paid 100.00% on $159.02, Trustee Expenses;  Reference: | 2200-000 | | 159.02 | 39,294.02 |
| 07/14/09 | 104 | Richard E. Crawforth | Dividend paid 100.00% on $4,814.14, Trustee Compensation;  Reference: | 2100-000 | | 4,814.14 | 34,479.88 |
| 07/14/09 | 105 | FRED AND LINDA SCHUERMAN | Dividend paid 100.00% on $13,670.43, Admin. Rent (post-petition storage fees, leases, etc.);  Reference: | 2410-000 | | 13,670.43 | 20,809.45 |
| 07/14/09 | 106 | IDAHO DEPT OF LABOR | Reference your account : ( as provided on the p.o.c.); Dividend paid 100.00% on Claim# 5; Amt Filed: $397.53; | 5800-000 | | 397.53 | 20,411.92 |
| 07/14/09 | 107 | INTERNAL REVENUE SERVICE | Reference your account : ( as provided on the p.o.c.); Dividend paid 100.00% on Claim# 7P-2; Amt Filed: $7,123.26; | 5800-000 | | 7,123.26 | 13,288.66 |
| 07/14/09 | 108 | FRED AND LINDA SCHUERMAN | Reference your account : ( as provided on the p.o.c.); Dividend paid  12.49% on Claim# 2U; Amt Filed: $30,538.53; | 7100-000 | | 3,814.39 | 9,474.27 |
| 07/14/09 | 109 | WELLS FARGO BANK, N.A. | Reference your account : 9477 ( as provided on the p.o.c.); Dividend paid  12.49% on Claim# 3; Amt Filed: $15,290.16; | 7100-000 | | 1,909.80 | 7,564.47 |
| 07/14/09 | 110 | MONEY MAILER | Reference your account : 468 ( as provided on the p.o.c.); Dividend paid  12.49% on Claim# 4; Amt Filed: $1,180.00; | 7100-000 | | 147.39 | 7,417.08 |
| 07/14/09 | 111 | INTERNAL REVENUE SERVICE | Reference your account : ( as provided on the p.o.c.); Dividend paid  12.49% on Claim# 7U-2; Amt Filed: $3,091.02; | 7100-000 | | 386.08 | 7,031.00 |

Subtotals :  $40,645.34   $33,614.34

{} Asset reference(s)

Printed: 07/20/2010 01:55 PM    V.12.06

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 07-00915-TLM  
**Case Name:** SMITH, REED GARRETT  
SMITH, KELLY MAE  
**Taxpayer ID #:** **-***4836  
**Period Ending:** 07/20/10  

**Trustee:** Richard E. Crawforth (320060)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****85-66 - Checking Account  
**Blanket Bond:** $67,349,494.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/14/09 | 112 | METRO COURIERS | Reference your account : 0601 ( as provided on the p.o.c.); Dividend paid  12.49% on Claim# 8; Amt Filed: $864.00; | 7100-000 | | 107.92 | 6,923.08 |
| 07/14/09 | 113 | FIA CARD SVCS. NA | Reference your account : 4700/4554 ( as provided on the p.o.c.); Dividend paid  12.49% on Claim# 9; Amt Filed: $55,395.79; | 7100-000 | | 6,919.15 | 3.93 |
| 03/02/10 | | Wire out to BNYM account 9200******8566 | Wire out to BNYM account 9200******8566 | 9999-000 | -3.93 | | 0.00 |
| | | | ACCOUNT TOTALS | | 40,641.41 | 40,641.41 | $0.00 |
| | | | Less: Bank Transfers | | 40,341.41 | 0.00 | |
| | | | Subtotal | | 300.00 | 40,641.41 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $300.00 | $40,641.41 | |

{} Asset reference(s)

Printed: 07/20/2010 01:55 PM    V.12.06

Exhibit 9

## Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 07-00915-TLM | Trustee: | Richard E. Crawforth (320060) |
|---|---|---|---|
| Case Name: | SMITH, REED GARRETT | Bank Name: | The Bank of New York Mellon |
| | SMITH, KELLY MAE | Account: | 9200-******85-66 - Checking Account |
| Taxpayer ID #: | **-***4836 | Blanket Bond: | $67,349,494.00 (per case limit) |
| Period Ending: | 07/20/10 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8566 | Wire in from JPMorgan Chase Bank, N.A. account ********8566 | 9999-000 | 3.93 | | 3.93 |
| 03/09/10 | 10114 | FRED AND LINDA SCHUERMAN | Reference your account : ( as provided on the p.o.c.); Dividend paid 12.49% on Claim# 2U; Amt Filed: $30,538.53; | 7100-000 | | 1.12 | 2.81 |
| 03/09/10 | 10115 | WELLS FARGO BANK, N.A. | Reference your account : 9477 ( as provided on the p.o.c.); Dividend paid 12.49% on Claim# 3; Amt Filed: $15,290.16; | 7100-000 | | 0.57 | 2.24 |
| 03/09/10 | 10116 | MONEY MAILER | Reference your account : 468 ( as provided on the p.o.c.); Dividend paid 12.49% on Claim# 4; Amt Filed: $1,180.00; Stopped on 06/09/10 | 7100-000 | | 0.04 | 2.20 |
| 03/09/10 | 10117 | INTERNAL REVENUE SERVICE | Reference your account : ( as provided on the p.o.c.); Dividend paid 12.49% on Claim# 7U-2; Amt Filed: $3,091.02; Stopped on 06/09/10 | 7100-000 | | 0.12 | 2.08 |
| 03/09/10 | 10118 | METRO COURIERS | Reference your account : 0601 ( as provided on the p.o.c.); Dividend paid 12.49% on Claim# 8; Amt Filed: $864.00; | 7100-000 | | 0.03 | 2.05 |
| 03/09/10 | 10119 | FIA CARD SVCS. NA | Reference your account : 4700/4554 ( as provided on the p.o.c.); Dividend paid 12.49% on Claim# 9; Amt Filed: $55,395.79; | 7100-000 | | 2.05 | 0.00 |
| 06/09/10 | 10116 | MONEY MAILER | Reference your account : 468 ( as provided on the p.o.c.); Dividend paid 12.49% on Claim# 4; Amt Filed: $1,180.00; Stopped: check issued on 03/09/10 | 7100-000 | | -0.04 | 0.04 |
| 06/09/10 | 10117 | INTERNAL REVENUE SERVICE | Reference your account : ( as provided on the p.o.c.); Dividend paid 12.49% on Claim# 7U-2; Amt Filed: $3,091.02; Stopped: check issued on 03/09/10 | 7100-000 | | -0.12 | 0.16 |
| 06/09/10 | 10120 | U.S. BANKRUPTCY COURT | | | | 0.16 | 0.00 |
| | | | TURN OVER UNCLAIMED FUNDS TO COURT | 0.04 | 7100-001 | | 0.00 |
| | | | TURN OVER UNCLAIMED FUNDS TO COURT | 0.12 | 7100-001 | | 0.00 |

Subtotals :    $3.93    $3.93

{} Asset reference(s)

Printed: 07/20/2010 01:55 PM    V.12.06

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 07-00915-TLM
**Case Name:** SMITH, REED GARRETT
SMITH, KELLY MAE
**Taxpayer ID #:** **-***4836
**Period Ending:** 07/20/10

**Trustee:** Richard E. Crawforth (320060)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******85-66 - Checking Account
**Blanket Bond:** $67,349,494.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 3.93 | 3.93 | $0.00 |
| | | | Less: Bank Transfers | | 3.93 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 3.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $3.93 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****85-65** | 40,345.34 | 0.00 | 0.00 |
| **Checking # ***-*****85-66** | 300.00 | 40,641.41 | 0.00 |
| **Checking # 9200-******85-66** | 0.00 | 3.93 | 0.00 |
| | $40,645.34 | $40,645.34 | $0.00 |

{} Asset reference(s)

Printed: 07/20/2010 01:55 PM   V.12.06